NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

KING PHARMACEUTICALS, INC. AND
KING PHARMACEUTICALS RESEARCH AND
DEVELOPMENT, INC.,
*Plaintiffs/Counterclaim Defendants-Appellees,*

and

JONES PHARMA INC.,
*Plaintiff/Counterclaim Defendant,*

v.

EON LABS, INC.,
*Defendant/Counterclaim Plaintiff-Appellant,*

v.

ELAN PHARMACEUTICALS, INC.,
*Counterclaim Defendant-Appellee.*

2011-1070

Appeal from the United States District Court for the Eastern District of New York in case no. 04-CV-5540, Senior Judge David G. Trager.

ON MOTION

# ORDER

Eon Labs, Inc. moves for a 14-day extension of time, until April 7, 2011, to respond to Elan Pharmaceuticals, Inc.'s Motion for Fees and Costs and for a 14-day extension of time, until April 8, 2011, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions for extensions of time are granted.

(2) The motion for fees and costs is deferred for consideration by the merits panel. Copies of this order, the motion, and any response or reply shall be transmitted to the merits panel.

FOR THE COURT

**MAR 2 5 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  F. Dominic Cerrito, Esq.
     James B. Monroe, Esq.
     Martin B. Pavane, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 25 2011

JAN HORBALY
CLERK